UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE A. DUGGAN,

       Plaintiff,

No. C 11-2176 PJH

**ORDER TO SHOW CAUSE**

   v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

       Defendant.

_____/

     On May 3, 2011, plaintiff, who is represented by counsel, filed this appeal from a decision by the Commissioner of Social Security.  Defendant answered on August 15, 2011.  According to Civil Local Rule 16-5, plaintiff was required to file a motion for summary judgment by September 12, 2011.  Plaintiff did not do so.

     Plaintiff is hereby ordered to file her motion for summary judgment and to show cause regarding why she failed to file and serve her motion within **fourteen days** of the date of this order.  Plaintiff is advised that if she fails to respond to this court's order and to file her motion, her appeal will be dismissed with prejudice with no further hearing or briefing.

**IT IS SO ORDERED.**

Dated: September 29, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge