UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE A. DUGGAN,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.
_____/

No. C 11-2176 PJH

**ORDER DISCHARGING OSC; SETTING REVISED BRIEFING SCHEDULE**

     Based on plaintiff's October 4, 2011 reply to the court's September 29, 2011 order to show cause, the court discharges the OSC and sets a new briefing schedule as follows. Plaintiff's motion for summary judgment is now due **Wednesday, November 9, 2011.** The Commissioner's opposition is due **Wednesday, December 7, 2011**. Plaintiff's reply, if any, is due **Wednesday, December 21, 2011.**

**IT IS SO ORDERED.**

Dated: October 5, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge