UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE A. DUGGAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 11-2176 PJH

**ORDER TO SHOW CAUSE**

    On May 3, 2011, plaintiff, who is represented by counsel, filed this appeal from a decision by the Commissioner of Social Security. Defendant answered on August 15, 2011. According to Civil Local Rule 16-5, plaintiff was required to file a motion for summary judgment by September 12, 2011. Plaintiff did not do so, and on September 29, 2011, the court issued an order to show cause regarding why the appeal should not be dismissed with prejudice for failure to prosecute.

    On October 4, 2011, Robert Weems, plaintiff's current counsel, filed a notice of appearance and response to the OSC, notifying the court that plaintiff's former counsel, Ian Sammis, had passed away and requesting a one-month extension in the briefing schedule. On October 5, 2011, the court discharged the OSC and set a new briefing schedule, which extended plaintiff's deadline to file her motion for summary judgment to November 9, 2011. To date, plaintiff still has not filed her motion.

1 | Plaintiff is hereby ordered to file her motion for summary judgment and to show cause regarding why she failed to file and serve her motion within **fourteen days** of the date of this order. Plaintiff is advised that if she fails to respond to this court's order and to file her motion, her appeal will be dismissed with prejudice with no further hearing or briefing.

**IT IS SO ORDERED.**

Dated: November 23, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge