UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE A. DUGGAN,

    Plaintiff,                                      No. C 11-2176 PJH

                                                  **ORDER CLARIFYING<br>BRIEFING SCHEDULE**

    v.

MICHAEL J. ASTRUE, Commissioner of<br>Social Security,

    Defendant.<br>_____/

It has come to the court's attention that the briefing schedule automatically generated by the court's electronic filing system ("ECF") is contrary to the local rule governing the deadlines for social security appeals. **The parties are advised that Civil Local Rule 16-5 governs the filing deadlines for social security appeals.** According to Civil L-R. 16-5, the government's opposition to plaintiff's motion for summary judgment was due **Wednesday, January 4, 2012**, and plaintiff's reply, if any, is due **Wednesday, January 20, 2012.**

The government failed to file its opposition in accordance with the local rule, presumably in reliance on the ambiguous information provided by ECF in this case. Accordingly, the court will extend the deadlines for filing. The government's opposition is due **no later than Friday, January 20, 2012.** Plaintiff's reply is due **no later than February 3, 2012.**

1  **Both parties are further advised that in all of the undersigned judge's social**
2  **security appeals, they are required to follow the deadlines set by Civil L.R. 16-5 as**
3  **opposed to any deadlines generated in the text entries on ECF.**
4  **IT IS SO ORDERED.**

6  Dated: January 13, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge