UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE A. DUGGAN

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 11-2176 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    This social security appeal was originally filed before the Honorable William H. Alsup on August 28, 2007, as C 07-4462 WHA. On April 21, 2008, Judge Alsup remanded the case to the administrative law judge to "reconcile [a] subsequent allowance of benefits with the [ALJ's] previous denial." Subsequently, following remand, plaintiff filed this case to challenge the ALJ's and the Appeals Council's decisions on remand. Unfortunately, even though this appears to be the same case as that previously before Judge Alsup, neither party filed a related case notice.

    Given the fact that this case appears to be a continuation of the prior case, C 07-4462 WHA, pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Alsup for consideration of whether the case is related to C 07-4462 WHA.

    **IT IS SO ORDERED.**

Dated: June 4, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge