IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE DUGGAN,

    Plaintiff,

  v.

MICHAEL ASTRUE, in his capacity as Commissioner of Social Security,

    Defendant.

No. C 11-02176 WHA

**ORDER RESCHEDULING MOTION HEARING**

Plaintiff's motion for attorney's fees was improperly noticed for hearing on ECF. CIVIL L.R. 7-2(a). Therefore, the motion hearing is rescheduled to **8:00 AM ON DECEMBER 6, 2012**. The briefing schedule remains unchanged. CIVIL L.R. 7-3.

**IT IS SO ORDERED.**

Dated: October 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE