IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DUGGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ASTRUE, in his capacity as Commissioner of Social Security,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 11-02176 WHA<br><br><br>**ORDER RESCHEDULING MOTION HEARING** |

　　　　Plaintiff's motion for attorney's fees was improperly noticed for hearing on ECF. CIVIL L.R. 7-2(a). Therefore, the motion hearing is rescheduled to **8:00 AM ON DECEMBER 6, 2012**. The briefing schedule remains unchanged. CIVIL L.R. 7-3.

　　　　**IT IS SO ORDERED.**

Dated:   October 23, 2012.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE